**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 24, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00882-CV

### MIGUEL A. ROMERO, OLGA L. MARTINEZ Appellants

### V.

### MARIA H. MARTINEZ, Appellee

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1083172**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 20, 2016. On August 31, 2018, the parties filed a joint motion to vacate the judgment of the trial court and dismiss the case. Tex. R. App. P. 42.1. The motion is granted.

We further order that appellants recover the supersedeas bond paid by appellants plus the legal rate of interest from the date of the trial court judgment.

Accordingly, the case is ordered dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.